UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY FARKAS, M.D., LLC,<br><br>        Plaintiff,<br><br>-against-<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>        Defendant. | Index No.: 20-04103<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff Jeffrey Farkas, M.D., LLC, by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Horizon Blue Cross Blue Shield of New Jersey with prejudice. Each party shall bear their own costs.

Dated: New York, New York
    January 12, 2021

                     SCHWARTZ SLADKUS
                     REICH GREENBERG ATLAS LLP
                     *Attorneys for Plaintiff*

             By:  /s/ Michael Gottlieb
                 Michael Gottlieb
                 444 Madison Avenue
                 New York, New York 10022
                 (212) 743-7054